# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05375

Sheriff's Sale Date: _____

v.

**MAUREEN M. HAMSKI AKA MAUREEN M. WHITE HAMSKI AKA MAUREEN M. WHITE; et al.**
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MAUREEN M. HAMSKI the above process on the 26 day of December, 2016, at 4:40 o'clock, PM, at 7838 CRAIG STREET PHILADELPHIA, PA 19136, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _56-60_  Height _5'6_  Weight _140_  Race _WHITE_  Sex _FEMALE_  Hair _BROWN_
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _D'wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _27_ day of _Dec_, 20 _16_

_____
Notary Public

File Number: USA-158109
Case ID #:4774074

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017